No. 325.

THE STATE OF LOUISIANA VS. FLOYD JACKSON.

1. Where an appeal is taken from a judgment forfeiting a bond, after the final adjournment of the court which rendered the judgment, the appeal will be dismissed.
2. Where the appellant suggests an improper return day and place for the appeal, the error is imputable to him and the appeal will be dismissed.

APPEAL from the Sixth District Court, Parish of Franklin. *Ellis, J.*

*L. A. Thompson* and *J. R. Land*, District Attorneys, for the State, Appellee.

*A. W. Moore* for Defendant and Appellant.

ON MOTION TO DISMISS.

The opinion of the court was delivered by

MCENERY, J. This is an appeal taken from a judgment forfeiting an appearance bond, and is therefore a proceeding in a criminal case.

The order of appeal was granted and the appeal taken after the adjournment of the court which rendered the judgment forfeiting the bond.

The principle is now well established that an appeal from a judgment forfeiting a bond must be taken at the term of court in which the judgment was rendered. It will be dismissed if taken after the term of the court which rendered it. State vs. Joseph, 38 An. 33.

The appeal is made returnable at Monroe, the second Monday of June, 1893.

This error in the order is imputable to the appellant, as the return day was made at his suggestion. This also is a sufficient ground for the dismissal of the appeal. State vs. Jenkins, 36 An. 865; 38 An. 33; 38 An. 363.

The appeal is dismissed.